AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSEPH FREDRICK OGLESBY, JR,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 121-094
(Formerly CR 118-069)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that according to this Court's Order dated July 21, 2021, the Report and Recommendation of the U.S. Magistrate Judge is adopted as the opinion of this Court. The Petitioner, Joseph Fredrick Oglesby, Jr.'s 28 U.S.C. § 2255 is dismissed. Further, the Court denies COA in this case and the Petitioner is not entitled to appeal in forma pauperis. This case stands closed.



July 21, 2021
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020